**Opinion issued March 15, 2018**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-17-00524-CV**

———————————

**FREDDIE LEE WALKER, Appellant**

**V.**

**DAVID GUTIERREZ, CHAIRMAN OF THE TEXAS BOARD OF PARDONS AND PAROLES; ROY A. (TONY) GARCIA, COMMISSIONER; WANDA SALIAGAS, COMMISSIONER; AND FEDERICO RANGEL, BOARD MEMBER, Appellees**

---

**On Appeal from the 200th District Court**
**Travis County, Texas**
**Trial Court Case No. D-1-GN-17-001513**

---

**MEMORANDUM OPINION**

This is an appeal from a judgment granting appellees' motion to dismiss, signed June 15, 2017. We dismiss the appeal for want of prosecution.

Appellant's brief was originally due in August 2017. In October, the court

issued an order denying appellant's motion concerning production of records under Rule 196, and we forwarded appellant a copy of the record. We set the brief due on November 13, 2017. No brief was filed. After being notified that this appeal was subject to dismissal, appellant did not adequately respond and has not filed a brief or sought an extension of time. *See* TEX. R. APP. P. 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.